**Stephen L. Madkour**, OSB No. 941091
Clackamas County Counsel
smadkour@clackamas.us
**Jeffrey D. Munns**, OSB No. 983048
Assistant County Counsel
jmunns@clackamas.us
**Caleb Huegel**, OSB No 205173
Assistant County Counsel
chuegel@clackamas.us
Office of Clackamas County Counsel
2051 Kaen Road
Oregon City, OR  97045-1819
Phone:  503-655-8362
Fax:  503-742-5397
*Attorneys for Defendant Clackamas County*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ATHEY CREEK CHRISTIAN FELLOWSHIP**,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CLACKAMAS COUNTY**,<br><br>　　　　　　　　Defendants. | Case No. 3:22-cv-01717-YY<br><br>STIPULATED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEFS IN SUPPORT OF BOTH PARTIES' MOTIONS FOR SUMMARY JUDGMENT |

**LOCAL RULE 7-1 CERTIFICATION**

Pursuant to LR 7-1(a), the Parties certify that they conferred and stipulated to the filing of this motion.

**MOTION**

In accordance with Fed. R. Civ. P. 6(b), LR 16-3(b), and LR 7-1(f)(2), the parties to this action, by and through their counsel of record, stipulate and jointly move the

Page 1- STIPULATED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Court for an order to extend the deadline for both parties to file their Reply briefs in support of their Motions for Summary Judgment from January 4, 2024 to, and including, January 11, 2024.

This motion is made in good faith and not made for the purpose of delay.

**IT IS SO STIPULATED.**

STEPHEN L. MADKOUR
CLACKAMAS COUNTY COUNSEL

/s/ Jeffrey D. Munns
Jeffrey D. Munns, OSB No. 983048
Assistant County Counsel
jmunns@clackamas.us
2051 Kaen Road
Oregon City, OR 97045
Phone: 503.655.8362
Attorney for Defendants

Dated: December 21, 2023

DALTON & TOMICH, PLC

/s/ Lawrence Opalewski
Lawrence Opalewski (MI P77864) *pro hac vice*; lopalewski@daltontomich.com
Daniel P. Dalton (MI P44056) *pro hac vice*
ddalton@daltontomich.com
719 Griswold St. Suite 270
Detroit, MI 48226
Phone 313.859.6000
Attorney for Plaintiff

Dated:  December 21, 2023

DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

/s/ Ty K. Wyman
Ty K. Wyman, OSB 925083
twyman@dunncarney.com
851 SW Sixth Ave., Suite 1500
Portland, OR 97204-1357
Phone 503.224.6440
Attorney for Plaintiff

Dated: December 21, 2023

Page 2- STIPULATED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I filed the foregoing with the Court's electronic filing system, which will serve copies on all counsel of record.

Dated this 21st day of December, 2023.

        STEPHEN L. MADKOUR
        CLACKAMAS COUNTY COUNSEL

        /s/ Jeffrey Munns_____
        Jeffrey Munns, OSB No. 983048
        Assistant County Counsel
        E-mail:  jmunns@clackamas.us
        Stephen L. Madkour, OSB No. 941091
        County Counsel
        E-mail: smadkour@clackamas.us
        Of Attorneys for Defendant Clackamas County