**Ty K. Wyman, OSB 925083**
Email: twyman@dunncarney.com
Dunn Carney Allen Higgins & Tongue LLP
851 SW Sixth Ave., Suite 1500
Portland, Oregon 97204-1357
Telephone:    503.224.6440
Facsimile:    503.224.7324

**Daniel P. Dalton (MI. P44056)**
Email: Ddalton@daltontomich.com
**Lawrence Opalewski (MI. P77864)**
Email: Lopalewski@daltontomich.com
Dalton & Tomich, PLC
The Chrysler House
719 Griswold Suite 270
Detroit, MI 48226
Tel. (313) 859-6000
Fax (313) 859-8888

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ATHEY CREEK CHRISTIAN FELLOWSHIP,<br><br>Plaintiff,<br><br>v.<br><br>CLACKAMAS COUNTY,<br><br>Defendant. | No. 3:22-cv-01717-YY<br><br>**PLAINTIFF'S NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

# PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff Athey Creek Christian Fellowship hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Order Dismissing Plaintiff's claims dated July 30, 2024 **(ECF 61)** based on the Court's Opinion and Order granting Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment **(ECF 60)**.

Dated this 15th day of August, 2024.

    Respectfully submitted,

    DALTON & TOMICH, PLC

    /s/ *Lawrence Opalewski*
    **Lawrence Opalewski** (MI P77864) *pro hac vice*
    **Daniel P. Dalton** (MI P44056) *pro hac vice*
    Attorneys for Plaintiff
    719 Griswold St. Suite 270
    Detroit, MI 48226
    (313) 859-6000
    lopalewski@daltontomich.com
    ddalton@daltontomich.com

    and

    DUNN CARNEY ALLEN HIGGINS & TONGUE LLP

    /s/ *Ty K. Wyman*
    **Ty K. Wyman, OSB 925083**
    Email: twyman@dunncarney.com
    Attorneys for Plaintiff

# REPRESENTATION STATEMENT

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiff-Appellant submits this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

| **Party** | **Counsel of Record** |
|---|---|
| Athey Creek Christian Fellowship (Plaintiff-Appellant) | Daniel P. Dalton (P44056)<br>*Pro Hac Vice*<br>Lawrence Opalewski (P77864)<br>*Pro Hac Vice*<br>Counsel for Plaintiff<br>Dalton & Tomich, PLC<br>The Chrysler House<br>719 Griswold St. Suite 270<br>Detroit, MI 48226<br>313-859-6000<br>ddalton@daltontomich.com<br>lopalewski@daltontomich.com<br><br>Ty K. Wyman, OSB 925083<br>Email: twyman@dunncarney.com<br>Dunn Carney Allen Higgins & Tongue LLP<br>851 SW Sixth Ave., Suite 1500<br>Portland, Oregon 97204-1357<br>Telephone: 503.224.6440<br>Facsimile: 503.224.7324 |
| Clackamas County (Defendant-Appellee) | Stephen L. Madkour, OSB No. 941091<br>Clackamas County Counsel<br>smadkour@clackamas.us<br>Jeffrey Munns, OSB No. 983048<br>Caleb Huegel, OSB No. 205173<br>Assistant County Counsel<br>jmunns@clackamas.us<br>Office of Clackamas County Counsel<br>2051 Kaen Road<br>Oregon City, OR 97045-1819<br>Phone: 503-655-8362 |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 15, 2024, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                            DALTON & TOMICH, PLC

                            /s/ *Lawrence Opalewski*
                            **Lawrence Opalewski** (MI P77864) *pro hac vice*
                            **Daniel P. Dalton** (MI P44056) *pro hac vice*
                            Attorneys for Plaintiff
                            719 Griswold St. Suite 270
                            Detroit, MI 48226
                            (313) 859-6000
                            lopalewski@daltontomich.com
                            ddalton@daltontomich.com